IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 18 PM 1:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )  | |
| Plaintiff, ) | |
| vs. ) | CR. NO. 05-20372-01-Ma |
| MARION BROWN, ) | |
| Defendant. ) | |

### ORDER ON GUILTY PLEA

This cause came on to be heard on October 17, 2005, the United States Attorney for this district appearing for the Government and the defendant, Marion Brown, appearing in person and with retained counsel, Mr. Larry E. Fitzgerald.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, January 20, 2006 at 1:30 p.m.** The defendant was released on bond pending sentencing.

**ENTERED** this the 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20372 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT